## Edward E. VOCCOLA

v.

### John MORAN, Warden et al.

### No. 79–348–M.P.

Supreme Court of Rhode Island.

Nov. 29, 1979.

William A. Dimitri, Jr., Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Special Asst. Atty. Gen., Chief, Appellate Division, for respondents.

### ORDER

The petition for writ of habeas corpus is denied without prejudice to petitioner's right to renew said petition if trial on the indictments which are the subject of petitioner's speedy trial claim does not take place within 90 days of the determination of violation.

DORIS, J., did not participate.

■

### WARWICK SCHOOL COMMITTEE

v.

### Gerald T. GIBBONS, Purchasing Agent for the City of Warwick et al.

### No. 79–405–M.P.

Supreme Court of Rhode Island.

Nov. 29, 1979.

Joseph A. Kelly, Albert B. West, Providence, for petitioner.

William T. Murphy, Asst. City Sol., Warwick, for respondents.

### ORDER

The petition for writ of mandamus is denied. Petitioner's motion to advance its appeal entitled *Warwick School Committee v. Gibbons et al.,* 410 A.2d 1354, is denied as moot, said appeal having already been assigned to the December, 1979 argument calendar.

DORIS, J., did not participate.